BEFORE THE THIRD DIVISION, MARCH 24, 1959

No. 62879.—Browne Vintners Co., Inc. v. United States, protests 127179–K, 127180–K, and 127182–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 62880.—International Expediters, Inc., et al. v. United States, protests 160709–K/2791, etc. (Chicago).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the items of merchandise marked with the letter "A" were held dutiable as follows: (a) As to the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, at 20 percent under paragraph 1547(a); and (b) as to items entered, or withdrawn from warehouse, for consumption on and after May 28, 1950, at 10 percent under said paragraph 1547(a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52476).

No. 62881.—John Edgar Staren v. United States, protests 224310–K, etc. (Nogales).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.